JOHN T. KENDALL
Trustee
2411 Santa Clara Avenue, Suite 12
Alameda, CA 94501
(510)864-1300

RECEIVED
APR 7 2005
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

FILED
MAR 23 2005
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CREATIVE SPICES, INC.,<br><br>Debtor. | CASE NO. 01-45148 EDJ7<br><br>Chapter 7<br><br>NOTICE OF UNCLAIMED <u>DIVIDENDS</u> |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above captioned case hereby turns over to the Court, unclaimed dividends in the amount of $2,342.01. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

Claim # Name & Address of Claimant Claim Amount Dividend Amount

(See Attached Schedule)

Total Unclaimed Dividends $2,342.01

Dated: 3/21/05

JOHN T. KENDALL, Trustee

## UNCLAIMED & UNDELIVERABLE CHECKS

**CASE NAME: CREATIVE SPICES**

**CASE NUMBER: 01-45148 EDJ**

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | CLAIM AMOUNT | UNCLAIMED FUNDS |
|---|---|---|---|
| 10 | APM<br>PO BOX 44633<br>SAN FRANCISCO CA 94144-4633 | $380.78 | $195.89 |
| 12 | OAK HARBOR<br>ACCT 217422<br>PO BOX 1469<br>AUBURN WA 98071-1469 | $4,171.68 | $2,146.12 |
| | | TOTAL FUNDS | $2,342.01 |